```
DATE: 2/25/2011                                      AT: 4:04 p.m.

BEFORE JUDGE JOSEPH F. BIANCO:

             CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

DOCKET NUMBER: CV 10-3470

TITLE: Genovese v. Town of Southampton

APPEARANCES:

FOR PLAINTIFF(S): Frederick Brewington and G. William Germano

FOR DEFENDANT(S): David Arntsen

FTR: 4:04-4:20

  X      CASE CALLED.

  X      COUNSEL FOR ALL SIDES PRESENT.

         COUNSEL FOR _____ NOT PRESENT.

  X      CONFERENCE HELD.

  X      DISCOVERY TO BE CONTINUED.

         PARTIES TO COMPLETE_____
         BY THE NEXT CONFERENCE OR BY_____

         NEXT CONFERENCE SET FOR_____

         CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
         FOR_____

         MOTION TO BE FILED BY   //2010 ;
                 RESPONSE BY     //2010 ;
                 REPLY BY        //2010 .

         ORAL ARGUMENT SET FOR   //2010 at 11:00 a.m.

         JURY SELECTION SET FOR_____

         TRIAL SET FOR_____

  X      OTHER Motion for default judgement is denied. Letter to
         be submitted to the court within 10 days.
```