DATE: 2/28/2013                              AT:3:30 p.m.
                                    TIME IN COURT: 6 mins.

BEFORE JUDGE JOSEPH F. BIANCO:

            CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV-10-3470

TITLE: Genovese v. Town of Southampton

APPEARANCES:

FOR PLAINTIFF(S):Frederick Brewington, Johanna David, and Myron
                 Beldock

FOR DEFENDANT(S):Jason Bassett

FTR REPORTER: 9:18-9:24       COURTROOM DEPUTY: Michele Savona

 X      CASE CALLED.

 X      COUNSEL FOR ALL SIDES PRESENT.

_____  COUNSEL FOR _____ NOT PRESENT.

 X      CONFERENCE HELD.

_____  DISCOVERY TO BE COMPLETED BY_____

_____  PARTIES TO COMPLETE_____
        BY THE NEXT CONFERENCE OR BY_____

_____  NEXT CONFERENCE SET FOR_____

_____  CASE TO BE REFERRED TO MAGISTRATE JUDGE _____
        FOR _____.

_____  MOTION TO BE FILED BY ____/ /2012 ;
                 RESPONSE BY ____/ /2012 ;
                 REPLY BY    ____/ /2012 .

_____  JURY SELECTION SET FOR_____

_____  TRIAL SET FOR_____.

 X      OTHER: Pretrial order to be filed by May 15, 2013.